RECEIVED

OCT 3 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| BOBBY RAY INGRAM, II | * | CIVIL ACTION NO. 12-3111 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| JERRY GOODWIN, WARDEN DAVID WADE CORRECTION CENTER | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition for *habeas corpus* filed by Petitioner Bobby Ray Ingram, II [Doc. 1] is **GRANTED** and the matter is **REMANDED** to the 26th Judicial District Court, Parish of Webster, for a new trial or for further proceedings not inconsistent herewith.

THUS DONE AND SIGNED this 31 day of October, 2013, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE