RECEIVED

DEC 19 2013

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BOBBY RAY INGRAM II                     CIVIL ACTION NO. 5:12CV3111

VERSUS                                  JUDGE WALTER

JERRY GOODWIN                           MAGISTRATE JUDGE HAYES

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this 19 day of Dec, 2013.

Donald E. Walter
UNITED STATES DISTRICT JUDGE